```
BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
Suite 10-100
501 I Street
Sacramento, California  95814
Telephone:  (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,               )<br>                                      )<br>     v.                              )<br>                                      )<br> ASATUR KARAPETYAN,                   )<br>    aka Sam Vartano,                 )<br>                                      )<br>            Defendant.                )<br>_____        | NO. CR. S-01-0422 FCD<br><br><br><br><br>ORDER TO DISMISS INDICTMENT<br>PURSUANT TO RULE 48 OF THE<br>FEDERAL RULES OF CRIMINAL<br>PROCEDURE |

The United States, by and through its attorneys, United States Attorney Benjamin B. Wagner and Assistant U.S. Attorney Carolyn K. Delaney, hereby moves to dismiss the Indictment currently pending against the defendant pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

Dated: September 29, 2010                    Respectfully submitted,

                                             BENJAMIN B. WAGNER
                                             United States Attorney

                                              /s/ Carolyn K. Delaney

                                             CAROLYN K. DELANEY
                                             Assistant U.S. Attorney

///
///

1

1
2     **IT IS SO ORDERED:**
3
4  Dated: September 29, 2010      _____
                                    FRANK C. DAMRELL, JR.
5                                   UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28